**UNITED STATES of America, Appellee,**

v.

**Marcus Garcia BLAND, Appellant.**

No. 02–1528.

United States Court of Appeals, Eighth Circuit.

Submitted July 19, 2002.

Decided July 26, 2002.

---

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

After Marcus Garcia Bland was charged with possessing with intent to distribute in excess of 50 grams of a mixture containing cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), Bland moved to suppress evidence seized from his residence. The district court * denied the motion, Bland pleaded guilty, and the district court sentenced him to 210 months imprisonment and 5 years supervised release.

On appeal, Bland's counsel filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing the district court improperly denied the motion to suppress. Bland has not filed a pro se supplemental brief.

An appeal of the denied motion to suppress is foreclosed by Bland's unconditional guilty plea. *See United States v. Jennings*, 12 F.3d 836, 839 (8th Cir.1994). Also, having independently reviewed the record, we find no nonfrivolous issues. *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Accordingly, we affirm the district court and grant counsel's motion to withdraw.

A true copy.

---

* The Honorable David S. Doty, United States District Judge for the District of Minnesota.